IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRANDON RICHARD LIND, | * |
| Petitioner, | * |
| v. | Case No.   5:25-cv-00324-TES-CHW |
| | * |
| STATE OF GEORGIA, | |
| | * |
| Respondents. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 12th day of December, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk